REALTY PROTECTIVE COMPANY, Appellant, *v.* LILLIE J. EARLE, Respondent.

*Realty Protective Co.* v. *Earle,* 119 App. Div. 890, appeal dismissed.
(Argued February 17, 1908; decided February 25, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered June 1, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to impress a lien upon real property.

The motion was made upon the grounds that the action was one for services; permission to appeal had not been granted; that no question of law was involved; that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence, and that the exceptions were frivolous.

*Franklin G. Manley* for motion.

*George W. Mackellar* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.